JANE M. KISIELEWICZ, Respondent, v. EDWARD A. MULLINS, Appellant.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

I. MANDELBAUM, Doing Business as MAJOR INVESTMENT COMPANY, Respondent, v. L. N. MAGAZINE DISTRIBUTORS, INC., Appellant.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.